IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAR 27 A 10: 14

Michael D. Williams )
Full name and prison number of )
plaintiff(s) 00245338 )
)
v. )
Sheriff Jay Jones )
Major Cary Torbert )
_____ )
)
)
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

CIVIL ACTION NO. 3:06cv275-MHT
(To be supplied by the Clerk of the
 U.S. District Court)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  Yes ( )  No (X)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  Yes ( )  No (X)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit:
          Plaintiff(s) _____
          _____
          Defendant(s) _____
          _____

      2.  Court (if federal court, name the district; if state court, name the county)
          _____
          _____

      3.  Docket No. _____

      4.  Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Lee County Detention Center_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Lee County Detention Center_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Sheriff Jay Jones | 2311 Gateway Dr. Opelika AL 36501 |
| 2. | Major Cary Torbert | 2311 Gateway Dr. Opelika AL 36801 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _March 19th 2006_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _The law states that State inmates are to be in prison after 30 days._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
_I was sentenced on Feb. 17th 2006. I have been at Lee County Detention Center 30 days on March the 19th 2006._

GROUND TWO: Denied Medical Treatment

SUPPORTING FACTS: I talk with the Major and told him about my medical condition and the doctor over the facility also informed the major of the need for medical treatment. They have no such treatment here so I requested a Medical ~~transfer~~ transfer was denied.

GROUND THREE: was Court Ordered Programs.

SUPPORTING FACTS: I was court ordered Sap and to get my G.E.D. I can't take them because this facility does not have them.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. I would like to be sent to prison. I need medical attention and has refused at this facility. I would like to take some ~~~~ programs that was court ordered and this facility does not have them.

_Michael D. Williams_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on March 24, 2006.
(date)

_Michael D. Williams_
Signature of plaintiff(s)

-3-