| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Brenda Ingram  ☒ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>Brenda Ingram  4/3/06 |
| 1. Article Addressed to:<br><br>Jay Jones<br>Lee Co. Det Center<br>P.O. Box 2407<br>Opelika, AL 36801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>06cv275<br>proc JCmp<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7004 2510 0001 0150 3531 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540