**COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Cary Torbert, Major
   Lee Co. Det Center
   P.O. Box 2407
   Opelika, AL 36801

2. Article Number (Transfer from service label)

   7004 2510 0001 0150 3548

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Brenda Ingram
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Brenda Ingram

C. Date of Delivery: 4/3/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   Proc + cmp
   06cv275 P

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes