IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL DEWAYNE WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:06cv275-MHT ) |
| JAY JONES, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

On April 4, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby adopted, it is

ORDERED and ADJUDGED as follows that:

1. The plaintiff's claim challenging his confinement in a county facility and his assertion of entitlement to favorable prison programs be and is hereby DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

2. The plaintiff's claim alleging a denial of adequate medical treatment be and is hereby REFERRED BACK to the Magistrate Judge for further proceedings.

Done this the 28th day of April 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE