IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL DEWAYNE WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:06cv275-MHT ) |
| JAY JONES, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

On May 1, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby adopted and that this case be and is hereby DISMISSED without prejudice for the plaintiff's failure to prosecute this action.

Done this the 17th day of May 2006.

             /s/ Myron H. Thompson
             UNITED STATES DISTRICT JUDGE